JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Juan Carlos Guevara Martinez,

Petitioner,

v.

Jaime Rios, et al.,

Respondents.

Case No. 5:26-cv-00399-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's claim regarding violation of 8 U.S.C. § 1226(a) and Respondents are enjoined from continuing to detain Petitioner unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order. The Clerk of Court is directed to close this case.

DATED: February 18, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE